CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizen Potawatomi Nation            )
                                     )
                                     )
                                     )
                        Plaintiff    )    Civil Action No._____
            vs                       )
Lynn Scarlett, Acting Secretary of Interior    )
Kenneth Reinfeld, Acting Director, Office of Self-Governance    )
Steven K. Linscheid, Chief Administrative Judge, Interior Board    )
   of Indian Appeals                 )
                        Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Citizen Potawatomi Nation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizen Potawatomi Nation__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

_[Signature]_
Attorney of Record
Signature

DC Bar # 332650
BAR IDENTIFICATION NO.

James D. Bachman
Print Name

Doyle & Bachman, LLP, 4350 N. Fairfax Drive, Stuie 420
Address

Arlington    VA    22203
City         State  Zip Code

703-465-5440