AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizen Potawatomi Nation

**SUMMONS IN A CIVIL CASE**

V.

Lynn Scarlett, Acting Secretary of the Interior
Kenneth Reinfeld, Acting Director, Office of
  Self-Governance
Steven Linscheid, Chief Administrative Judge,
  Interior Board of Indian Appeals

CASE NUMBER 1:06CV00830

JUDGE: Gladys Kessler

DECK TYPE: Administrative Agency Revi

DATE STAMP: 05/05/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James D. Bachman
Doyle & Bachman LLP
4350 N. Fairfax Drive, Suite 420
Arlington, VA  22203

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY - 5 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/9/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RON Hutchinson | Partner, Doyle & Bachman LLP |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail, Return Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/06
          Date

Signature of Server: Ron E. Hutchinson

Doyle & Bachman LLP
4350 N. Fairfax Drive, Suite 420
Arlington, VA  22203
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.