**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven K. Zinscheid
Chief Administrative Judge,
Interior Board of Indian Appeals
U.S Department of Interior
801 North Quincy St, Suite 300
Arlington, VA 22203

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): MARGO ELLIS
C. Date of Delivery: 5-8-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 1404 0537

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Reinfeld
Acting Director,
Office of Self Governance
Bureau of Indian Affairs
U.S Department of the Interior
1849 C Street N.W
Washington DC 20240

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Rene C Buckner
C. Date of Delivery: 5/12/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 1403 9944

PS Form 3811, August 2001    102595-01-M-038

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynn Scarlett
Acting Secretary
U.S Department of Interior
1849 C Street, N.W.
Washington, D.C 20240

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X PBMurray  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): PBMurray
C. Date of Delivery: 5/9/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 1403 9951

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest H. Parker_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
MAY 0 9 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 704 0520

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-0381

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Wainstein
United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest H. Parker_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
MAY 0 9 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 1703 9968

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-0381