UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**CITIZEN POTAWATOMI NATION,**   )
                                )
      **Plaintiff,**            )
                                )
  v.                            )   Civil Action No.
                                )   06-830 (GK)
**LYNN SCARLETT,**                  )
    **Acting Secretary of the** )
    **Interior, et al.,**        )
                                )
      **Defendants.**           )
_____)

## O R D E R

The record shows that the Complaint was served on Defendants on May 9, 2006. Under Fed. R. Civ. P. 12(a)(3)(A), Defendants had until July 10, 2006 to respond to the Complaint. To date, no Defendant has entered an appearance in this case or filed either a responsive pleading or a motion for enlargement of time within which to do so. In the interim, Plaintiff has failed to move for default or take any other action to move the above-captioned case forward. Accordingly, it is hereby

**ORDERED** that Plaintiff shall show cause no later than **September 20, 2006,** why the Complaint should not be dismissed for failure to prosecute.

9/7/05

/s/_____
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF