IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZEN POTAWATOMI NATION, <br> a federally recognized Indian Tribe, <br> 1601 S. Gordon Cooper Drive <br> Shawnee, Oklahoma 74801 <br>   Plaintiff, <br><br> v. <br><br> LYNN SCARLETT, Acting Secretary of the Interior; <br> KENNETH REINFELD, Acting Director of the <br>   Office of Self-Governance, <br>   Bureau of Indian Affairs <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br> STEVEN K. LINSCHEID, <br>   Chief Administrative Judge <br>   Interior Board of Indian Appeals <br> 801 North Quincy Street, Suit 300 <br> Arlington, Virginia  22203 <br>   Defendants. | Case <br> Number:  1:06CV00830 <br><br> Judge Gladys Kessler |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury this 11th day of September 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the three above-named defendants: (1) Lynn Scarlett, Acting Secretary of the Interior, (2)  Kenneth Reinfeld, Acting Director Office of Self-Governance, Bureau of Indian Affiars, and (3)

1

Steven Linscheid, Chief Judge, Interior Board of Indian Appeals as well as the U.S. Attorney Kenneth Wainstein and the U.S. Attorney General Alberto Gonzales were served via registered mail, return receipt requested pursuant to Rule (4)(i) of the Federal Rules of Civil Procedures as follows:

    (1) Lynn Scarlett, Acting Secretary of the Interior – served on May 9, 2006;

    (2) Kenneth Reinfeld, Acting Director Office of Self-Governance, Bureau of Indian Affiars – served on May 12, 2006;

    (3) Steven Linscheid, Chief Judge, Interior Board of Indian Appeals – served on May 8, 2006;

    (4) U.S. Attorney Kenneth Wainstein – served on May 9, 2006; and

    (5) U.S. Attorney General Alberto Gonzales – served on May 9, 2006.

Proof of service was filed with this court on May 22, 2006 and recorded in the docket of this action for all five individuals.

    I certify under penalty of perjury that no appearance has been entered for any of the defendants in this case; no pleadings have been filed and none served upon attorney for the plaintiff; and that the defendants are neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendants.

                              Respectfully submitted,

                              By: ___/s/ James D. Bachman___
                                    James D. Bachman
                                    Attorney for Plaintiff
                                    Doyle & Bachman, LLP
                                    4350 N. Fairfax Drive
                                    Suite 420
                                    Arlington, Virginia  22203
                                    (703) 465-5440
D.C. Bar No. 332650                Fax:  (703) 465-5593

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2006, I caused to be delivered the following by first class mail, postage prepaid a copy of the foregoing Affidavit In Support of Default:

Lynn Scarlett
Acting Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

Kenneth Reinfeld
Acting Director of the Office of Self Governance
Bureau of Indian Affairs
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Steven K. Linscheid
Chief Administrative Judge
Interior Board of Indian Appeals
801 N. Quincy Street, Suite 300
Arlington, Virginia  22203

Kenneth Wainstein
United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530

Alberto Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-0001

/s/ James D. Bachman
James D. Bachman