Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZEN POTAWATOMI NATION

    Plaintiff(s)

    V.

Civil Action No. 06-830 (GK)

LYNN SCARLETT, et al.

    Defendant(s)

RE:  LYNN SCARLETT, Acting Secretary of Interior

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 9, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of September, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
               Deputy Clerk