Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZEN POTAWATOMI NATION
_____
    Plaintiff(s)

V.                                          Civil Action No. 06-830 (GK)

LYNN SCARLETT, et al.
_____
    Defendant(s)

RE:  STEVEN LINSCHEID
     Chief Judge, Interior Board of
     Indian Appeals

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint    on    May 8, 2006    , and an affidavit on behalf of the plaintiff having been filed, it is this  12th  day of  September , 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
         Deputy Clerk