IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br> a federally recognized Indian Tribe, )<br>1601 S. Gordon Cooper Drive )<br>Shawnee, Oklahoma 74801 )<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>LYNN SCARLETT, Acting Secretary of the Interior; )<br>KENNETH REINFELD, Acting Director of the )<br>  Office of Self-Governance, )<br>  Bureau of Indian Affairs )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>STEVEN K. LINSCHEID, )<br> Chief Administrative Judge )<br> Interior Board of Indian Appeals )<br>801 North Quincy Street, Suit 300 )<br>Arlington, Virginia  22203 )<br>   Defendants. )<br>) | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

## RESPONSE TO SHOW CAUSE ORDER

Citizen Potawatomi Nation ("CPN"), by its undersigned attorneys, hereby submits this response to the Court's September 7, 2006 Order to show cause why the Complaint should not be dismissed for failure to prosecute.

Since mid-July 2006, after the Government missed the July 10 deadline for its response, Counsel for CPN has attempted, without success, to determine from the Government when it would respond to this action and which Government counsel would be assigned.  In late August, CPN determined that it had waited long enough and counsel

1

for CPN began drafting a Motion for Default Judgment against the Government in this action.

At the time that CPN received the Court's September 7, 2007 Order, counsel for CPN was in the process of drafting that Motion for Default Judgment. Since the requirements for obtaining a default judgment against the Federal Government, pursuant to Rule 55(e) of the Federal Rules of Civil Procedure, require that a claimant establish not only a right to relief but also provide evidence satisfactory to the Court to allow entry of judgment by default, it has taken CPN some time to gather together the required administrative record documents necessary to provide this Court with the satisfactory evidence. CPN has now done that and is filing its Motion for Default Judgment at the same time as this Response. Counsel for CPN has also filed the required Affidavit in Support of Default with the Clerk of the Court and has obtained from the Clerk entry of default under Rule 55(a) of the Federal Rules of Civil Procedure.

For all these reasons, CPN respectfully requests that the Court not dismiss the Complaint and allow CPN to move this case forward based on CPN's Motion for Default Judgment.

                      Respectfully submitted,

                      By: ___/s/ James D. Bachman___
                           James D. Bachman
                           Attorney for Plaintiff
                           Doyle & Bachman, LLP
                           4350 N. Fairfax Drive
                           Suite 420
                           Arlington, Virginia  22203
                           (703) 465-5440
D.C. Bar No. 332650           Fax:  (703) 465-5593

Dated:  September 15, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2006, I caused to be delivered the following by first class mail, postage prepaid a copy of the foregoing Plaintiff's Response to Show Cause Order:

Lynn Scarlett
Acting Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Kenneth Reinfeld
Acting Director of the Office of Self Governance
Bureau of Indian Affairs
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Steven K. Linscheid
Chief Administrative Judge
Interior Board of Indian Appeals
801 N. Quincy Street, Suite 300
Arlington, Virginia 22203

Kenneth Wainstein
United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Alberto Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

/s/ James D. Bachman
James D. Bachman