IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION,<br> a federally recognized Indian Tribe,<br>   Plaintiff,<br><br>   v.<br><br>LYNN SCARLETT, Acting Secretary of the Interior;<br>KENNETH REINFELD, Acting Director of the<br>  Office of Self-Governance,<br>  Bureau of Indian Affairs<br><br>STEVEN K. LINSCHEID,<br> Chief Administrative Judge<br> Interior Board of Indian Appeals<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case<br>)  Number:  1:06CV00830<br>)<br>)  Judge Gladys Kessler<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibit B – Administrative Record, which is an attachment to Plaintiff's Motion

for Default Judgment, is in paper form only and is being maintained in the case file in the

Clerk's Office.  These documents will be available for public viewing and copying

between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.


By: ___/s/ James D. Bachman___
James D. Bachman
Attorney for Plaintiff
D.C. Bar No. 332650
Doyle & Bachman, LLP
4350 N. Fairfax Drive
Suite 420
Arlington, Virginia  22203
(703) 465-5440
Fax:  (703) 465-5593

Dated:  September 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2006, I caused to be delivered

the following by first class mail, postage prepaid a copy of Plaintiff's Notice Regarding

Exhibit Attachment:

Lynn Scarlett
Acting Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

Kenneth Reinfeld
Acting Director of the Office of Self
Governance
Bureau of Indian Affairs
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Steven K. Linscheid
Chief Administrative Judge
Interior Board of Indian Appeals
801 N. Quincy Street, Suite 300
Arlington, Virginia  22203

Kenneth Wainstein
United States Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530

Alberto Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530-0001

/s/ James D. Bachman
James D. Bachman

2