IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br> a federally recognized Indian Tribe, )<br>1601 S. Gordon Cooper Drive )<br>Shawnee, Oklahoma 74801 )<br>        Plaintiff, )<br>                                                      )<br>            v.                                         )<br>                                                      )<br>LYNN SCARLETT, Acting Secretary of the Interior; )<br>KENNETH REINFELD, Acting Director of the )<br>    Office of Self-Governance, )<br>    Bureau of Indian Affairs )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>                                                      )<br>STEVEN K. LINSCHEID, )<br>   Chief Administrative Judge )<br>   Interior Board of Indian Appeals )<br>801 North Quincy Street, Suit 300 )<br>Arlington, Virginia  22203 )<br>         Defendants. )<br>                                                      ) | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

# EXHIBIT C
# PART 1

# TO

# PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF INDIAN APPEALS

| | |
|---|---|
| CITIZEN POTAWATOMI NATION )<br>)<br>    Appellant, )<br>)<br>v. )<br>)<br>DIRECTOR, OFFICE OF )<br>SELF-GOVERNANCE, DEPARTMENT )<br>OF THE INTERIOR )<br>)<br>    Appellee. ) | No. IBIA 04-16-A |

**EXHIBIT A**
**DECLARATION OF RHONDA BUTCHER**

I, Rhonda Butcher, under penalty of perjury declare as follows:

1. I am the Director of Self-Governance for the Citizen Potawatomi Nation ("CPN"). I have been Director of Self-Governance for CPN since January 12, 1998. I am responsible for negotiating and administering the Annual Funding Agreements ("AFA") for CPN with the Bureau of Indian Affairs ("BIA") and was involved in all aspects of negotiating CPN's 2004 AFA with the BIA.

2. CPN's 2004 AFA is significantly underfunded because the BIA has refused to apply current data from the current 2004 fiscal year to determine CPN's tribal share of funding under its 2004 AFA. The Director determined CPN's tribal share of funds under its 2004 AFA based on data from 1988. This is contrary to the plain and unambiguous terms of the 1988 inter-tribal agreement executed by the five Shawnee Agency tribes (CPN, the Absentee Shawnee, Sac & Fox Nation, Kickapoo Tribe of Oklahoma and the Iowa Tribe of Oklahoma) in 1988 which set forth a specific funding formula based on variable factors to be applied in 1988 and each future year. A copy of the five tribal resolutions constituting the 1988 inter-tribal agreement is attached to this declaration as Attachments 1 through 5.

3. The administrative record establishes the fixed percentages of funding determined by the BIA in 1988 pursuant to the 1988 inter-tribal agreement. In BIA's April 15, 1999 Position Paper, the BIA included Table 2 entitled "Reconstruction of 1988 Data Used in BIA Shawnee Agency Formula." (AR at Tab 44.) The table is as follows:

1

| FACTOR 25% Each | AST | CPN | IOWA | KICKAPOO | SAC & FOX | TOTAL |
|---|---|---|---|---|---|---|
| (1) Equal Shares | 20.00% | 20.00% | 20.00% | 20.00% | 20.00% | 100.00% |
| (2) Enrolled Members | 2,640 11.17% | 16,295 68.96% | 414 1.75% | 2,050 8.68% | 2,231 9.44% | 23,630 100.00% |
| (3) Service Area Population | 744 21.62% | 1,256 36.49% | 154 4.47% | 506 14.70% | 782 22.72% | 3,442 100.00% |
| (4) Acres in Trust | 11,860 30.91% | 4,008 10.44% | 1,543 4.02% | 4,992 13.01% | 15,971 41.62% | 38,374 100.00% |

Table 1 in the BIA's 1999 Position Paper also shows that of the first distribution of total agency program funding of $1,107,000 to which the formula applied, CPN received 31.72% of the total funding based on the 1988 data. It is CPN's understanding that the BIA continues to utilize the 31.72% tribal share based on this 1988 data to determine CPN's tribal share of funding under its AFAs, including funding under its 2004 AFA.

4. The administrative record also establishes that in 1999 when the Director attempted to implement the decision in <u>Citizen Band Potawatomi Indian Tribe of Oklahoma v. Collier</u>, 142 F.3d 1325 (10th Cir. 1998), (the "<u>Collier</u> decision"), he removed $65,521 in funds from the Absentee Shawnee funding and added that amount to the CPN's funding based on a reduction of 520 people from the Absentee Shawnee's jurisdictional area under Factor 3 of the funding formula and an increase of 520 people to CPN's jurisdictional area under Factor 3 of the funding formula. (AR at Tab 44, pages 7-8 (Tables 2 and 3) which reduced the Absentee Shawnee number under Factor 3 from 744 down to 224 and increased the CPN's number under Factor 3 from 1,256 up to 1,776.) However, the Director has now reversed his position and unilaterally reduced CPN's funding by the same $65,521 and also has apparently reduced CPN's number of people in its jurisdictional area under Factor 3 by the same 520 people that he added to it in 1999. This action by the Director is addressed separately by CPN as the second issue raised in this appeal.

5. If the most current data available to CPN is utilized, as is required by the 1988 inter-tribal agreement, and leaving in place the 520 additional people added by the Director to the Absentee Shawnee's jurisdictional area under Factor 3 of the formula and removed from CPN's jurisdictional area under the same Factor 3, the above table would be as follows with the result that CPN's tribal share of the funding available for its 2004 AFA would be 41.42% instead of the 31.72% tribal share determined by the Director:

2

| FACTOR 25% Each | AST | CPN | IOWA | KICKAPOO | SAC & FOX | TOTAL |
|---|---|---|---|---|---|---|
| (1) Equal Shares | 20.00% | 20.00% | 20.00% | 20.00% | 20.00% | 100.00% |
| (2) Enrolled Members | 2,871 8.71% | 24,829 75.30% | 483 1.46% | 2,594 7.87% | 2,195 6.66% | 32,972 100.00% |
| (3) Resident Tribal Enrollment In Tribal Jurisdiction | 1,063 5.59% | 10,491 55.14% | 3,344 17.58% | 2,594 13.63% | 1,534 8.06% | 19,026 100.00% |
| (4) Acres in Trust | 11,860 29.26% | 6,172 15.22% | 1,543 3.81% | 4,992 12.31% | 15,971 39.40% | 40,538 100.00% |
| AVERAGE PERCENTAGE | 15.89% | 41.42% | 10.71% | 13.45% | 18.53% | 100.00% |

If this current data is applied to determine funding for CPN's 2004 AFA, CPN's share would significantly increase over funding determined by the Director utilizing the 31.72% based on the 1988 data. CPN's share of 2004 funding would be 41.42% instead of the 31.72% utilized by the BIA to determine CPN's 2004 AFA funding.

6. In addition as set forth in Issue 2 of CPN's appeal, the 520 people unilaterally removed by the Director from CPN's number of people in its tribal jurisdictional area under Factor 3 of the funding formula in connection with the Director's reduction of CPN's 2004 AFA by the $65,521 in funding should be returned to CPN and removed from the Absentee Shawnees, with the result that CPN's share of funding under its 2004 AFA should increase further to 42.10% based on the current data as follows:

| FACTOR 25% Each | AST | CPN | IOWA | KICKAPOO | SAC & FOX | TOTAL |
|---|---|---|---|---|---|---|
| (1) Equal Shares | 20.00% | 20.00% | 20.00% | 20.00% | 20.00% | 100.00% |
| (2) Enrolled Members | 2,871 8.71% | 24,829 75.30% | 483 1.46% | 2,594 7.87% | 2,195 6.66% | 32,972 100.00% |
| (3) Resident Tribal Enrollment In Tribal Jurisdiction | 543 2.85% | 11,011 57.87% | 3,344 17.58% | 2,594 13.63% | 1,534 8.06% | 19,026 100.00% |
| (4) Acres in Trust | 11,860 29.26% | 6,172 15.22% | 1,543 3.81% | 4,992 12.31% | 15,971 39.40% | 40,538 100.00% |
| AVERAGE PERCENTAGE | 15.21% | 42.10% | 10.71% | 13.45% | 18.53% | 100.00% |

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Rhonda Butcher*
Rhonda Butcher

Dated: October 20, 2004

4