IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br> a federally recognized Indian Tribe, )<br>1601 S. Gordon Cooper Drive )<br>Shawnee, Oklahoma 74801 )<br>       Plaintiff, )<br>)<br>      v. )<br>)<br>LYNN SCARLETT, Acting Secretary of the Interior; )<br>KENNETH REINFELD, Acting Director of the )<br>   Office of Self-Governance, )<br>   Bureau of Indian Affairs )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>STEVEN K. LINSCHEID, )<br>  Chief Administrative Judge )<br>  Interior Board of Indian Appeals )<br>801 North Quincy Street, Suit 300 )<br>Arlington, Virginia  22203 )<br>       Defendants. )<br>) | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

# EXHIBIT C
# PART 2

# TO

# PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

# ATTACHMENT 1

Case 1:06-cv-00830-GK    Document 15-5    Filed 09/15/2006    Page 2 of 10

RESOLUTION                                                    POTT# __88-72__

## CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA

A RESOLUTION OF AGREEMENT WITH THE SAC AND FOX NATION, THE ABSENTEE SHAWNEE TRIBE, THE KICKAPOO TRIBE OF OKLAHOMA, AND THE IOWA TRIBE OF OKLAHOMA TO CONTRACT THE FY89 OPERATION AND SERVICE OF THE SHAWNEE AGENCY OF THE BUREAU OF INDIAN AFFAIRS.

WHEREAS, the Citizen Band Potawatomi Indian Tribe of Oklahoma is a federally recognized Tribe of American Indians under authority of the Oklahoma Indian Welfare Act of 1936; and

WHEREAS, the Citizen Band Potawatomi Business Committee is duly authorized to act on behalf of the Tribe by authority of the Tribal Constitution and By-Laws; and

WHEREAS, the Citizen Band Potawatomi Indian Tribe of Oklahoma is eligible under PL 93-638 to contract for the operation of BIA provided services; and

WHEREAS, the Citizen Band Potawatomi Indian Tribe of Oklahoma is qualified to perform and believes it is in the best interests of all the American Indians served by the Shawnee Agency to contract these services; and

WHEREAS, the attached list of services constitutes the scope of the contract to be awarded; and

WHEREAS, the Shawnee Agency tribes have agreed to a distribution of funds in the following formula: 25% equally divided, 25% in proportion to total tribal enrollment, 25% in proportion to resident tribal population within each tribe's jurisdictional area, and 25% in proportion to the amount of trust property in each tribe's jurisdiction; and

WHEREAS, the tribes will conform to all aspects of the CFR appropriate to the given program to be contracted by all five tribes of the Shawnee Agency; and

WHEREAS, the Citizen Band Potawatomi Indian Tribe of Oklahoma agrees to a reduction in BIA provided services; NOW

THEREFORE, BE IT RESOLVED, that the Business Committee of the Citizen Band Potawatomi Indian Tribe of Oklahoma hereby agrees with the tribes served by the Shawnee Agency to contract for all Bureau of Indian Affairs provided operation and services in FY 89 and future years.

### CERTIFICATION

We, the members of the Business Committee of the Citizen Band Potawatomi Indian Tribe of Oklahoma do hereby certify that the above is a true and exact copy of Resolution POTT# __88-72__, as approved on the __8th__ day of __June__, 1988, with __4__ voting for, __0__ opposed, and __0__ absent.

_____            _____
John A. Barrett, Jr., Chairman              Bob F. Davis, Secret

The following list of services constitutes the scope of the contract to be awarded:

| | |
|---|---|
| Higher Education (Scholarships) | Real Estate Serv. |
| Community Services, Gen. | Individual Indian Monies |
| Agricultural Ext. Serv. | Executive Direction |
| Tribal Courts | Administrative Services |
| Tribal Govt. Services | Facility Rental |
| Social Services | Facility Operations |
| General Assistance | Program Development |
| Ind. Child Welfare Grants | Com'l Enterprise Devel. |
| Law Enforcement | Credit & Financing |
| Housing | Direct Employ. (Shawnee) |
| 638 Grants (B08-01) | Direct Employ. (OKC) |
| 638 Grants (B08-02) | Adult Vocational Training |
| T & TA | Indian Action |
| Real Prop. Mgmt. | Road Maintenance, and |
| Agriculture | |

# ATTACHMENT 2

# ATTACHMENT 2

RESOLUTION NO. AS-88-66

ABSENTEE SHAWNEE TRIBE OF OKLAHOMA

REGULAR EXECUTIVE COMMITTEE MEETING

JUNE 13, 1988

A RESOLUTION OF AGREEMENT WITH THE SAC AND FOX NATION, THE CITIZEN BAND POTAWATOMI INDIANS OF OKLAHOMA, THE KICKAPOO TRIBE OF OKLAHOMA, AND THE IOWA TRIBE OF OKLAHOMA TO CONTRACT THE FY '89 OPERATION AND SERVICE OF THE SHAWNEE AGENCY BUREAU OF INDIAN AFFAIRS.

**WHEREAS,** the Absentee Shawnee Tribe of Oklahoma is a federally recognized Tribe of American Indians under authority of the Oklahoma Indian Welfare Act of 1936; and

**WHEREAS,** the Executive Committee of the Absentee Shawnee Tribe of Oklahoma is duly authorized to act on behalf of the Tribe by authority of the Tribal Constitution and By-Laws; and

**WHEREAS,** the Absentee Shawnee Tribe is eligible under P. L. 93-638 to grant/contract for the operation of BIA provided services; and

**WHEREAS,** the Absentee Shawnee Tribe is qualified to perform and believes it is in the best interests of all the American Indians served by the Shawnee Agency to tribally operate these services; and

**WHEREAS,** the attached list of services constitutes the scope of the grant/contract to be awarded; and

> Higher Education (Scholarships)      Real Estate Serv.
> Community Services, Gen.             Individual Indian Monies
> Agricultural Ext. Serv.              Executive Direction
> Tribal Courts                        Administrative Services
> Tribal Govt. Services                Facility Rental
> Social Services                      Facility Operations
> General Assistance                   Program Development
> Ind. Child Welfare Grants            Com'l. Enterprise Devel.
> Law Enforcemet                       Credit & Financing
> Housing                              Direct Employ. (Shawnee)
> 638 Grants (B08-01)                  Direct Employ. (OKC)
> 638 Grants (B08-02)                  Adult Vocational Training
> T & TA                               Indian Action
> Real Prop. Mgmt.                     Road Maintenance
> Agriculture

**WHEREAS,** the Shawnee Agency tribes have agreed to a distribution of funds in the following formula: 25% equally divided, 25% in proportion to total tribal enrollment, 25% in proportion to resident tribal population within each tribe's jurisdictional area, and 25% in proportion to the amount of trust property in each tribe's jurisdiction; and

WHEREAS, the tribes will conform to all aspects of the CFR appropriate to the given program to be contracted by all five tribes of the Shawnee Agency; and

WHEREAS, the Absentee Shawnee Tribe agrees to a reduction in BIA provided services; and

WHEREAS, the Governor of the Absentee Shawnee Tribe of Oklahoma is hereby authorized to negotiate the contract and any amendments thereto, and

WHEREAS, the Governor of the Absentee Shawnee Tribe of Oklahoma is hereby authorized to execute the contract and any amendments thereto, and

WHEREAS, the authorities granted herein shall be continuing unless and until rescinded by separate action of this body, and

WHEREAS, the Executive Committee of the Absentee Shawnee Tribe of Oklahoma shall have received the contract proposal prior to its submission to the Bureau of Indian Affairs and shall review any amendment(s) thereto prior to execution: PROVIDED, no further Resolution of this body shall be required to verify such review, and

WHEREAS, the proposed start date of this contract shall be October 1, 1988, and

WHEREAS, the proposed term of this contract shall be twelve (12) calendar month.

NOW THEREFORE BE IT RESOLVED, that the Absentee Shawnee Tribe hereby agrees with the tribes served by the Shawnee Agency to contract for all Bureau of Indian Affairs provided operation and services in FY '89 and future years.

## CERTIFICATION

We, Kenneth Blanchard, Governor and Meredith Wahpekeche, Secretary, of the Absentee Shawnee Tribe of Indians of Oklahoma, do hereby certify that this RESOLUTION NO. AS-88-66 to be a true and exact copy as approved by the Executive Committee at a duly called Meeting held on June 13, 1988, there being a quorum present, by a vote of __3__ for, __0__ opposed, and __0__ abstentions as follows: Lt. Governor: _Aye_, Secretary: _____, Treasurer: _Aye_, Representative: _Aye_. Governor's vote, if required: _____.

_____  
KENNETH BLANCHARD, Governor

_____  
MEREDITH WAHPEKECHE, Secretary

# ATTACHMENT 3

RESOLUTION
SF-88-100

SAC AND FOX NATION
SPECIAL BUSINESS COMMITTEE MEETING
SAC AND FOX RESERVATION
STROUD, OKLAHOMA

JUNE 14, 1988



FILED
DATE June 15, 1988
SECRETARY
SAC & FOX NATION

A RESOLUTION OF AGREEMENT WITH THE ABSENTEE SHAWNEE TRIBE OF OKLAHOMA, THE CITIZEN BAND POTAWATOMI INDIANS OF OKLAHOMA, THE KICKAPOO TRIBE OF OKLAHOMA, AND THE IOWA TRIBE OF OKLAHOMA TO CONTRACT THE FY89 OPERATION AND SERVICE OF THE SHAWNEE AGENCY BUREAU OF INDIAN AFFAIRS.

**WHEREAS,** the Business Committee of the Sac and Fox Nation met in a special called meeting the 14th day of June, 1988, there being a quorum present, and

**WHEREAS,** the Business Committee is authorized to transact business and act on behalf of the Nation pursuant to the Constitution and By-Laws of the Sac and Fox Nation, and

**WHEREAS,** the Sac and Fox Nation is eligible under P. L. 93-638 to contract for the operation of BIA provided services, and

**WHEREAS,** the Sac and Fox Nation is qualified to perform and believes it is in the best interests of all the American Indians served by the Shawnee Agency to contract these services, and

**WHEREAS,** the following list of services constitutes the scope of the contract to be awarded

| | |
|---|---|
| Higher Education (Scholarships) | Real Estate Serv. |
| Community Services, Gen. | Individual Indian Monies |
| Agricultural Ext. Serv. | Executive Direction |
| Tribal Courts | Administrative Services |
| Tribal Govt. Services | Facility Rental |
| Social Services | Facility Operations |
| General Assistance | Program Development |
| Ind. Child Welfare Grants | Com'l. Enterprise Devel. |
| Law Enforcement | Credit & Financing |
| Housing | Direct Employ. (Shawnee) |
| 638 Grants (B08-01) | Direct Employ. (OKC) |
| 638 Grants (B08-02) | Adult Vocational Training |
| T & TA | Indian Action |
| Real Prop. Mgmt. | Road Maintenance, and |
| Agriculture | |

**WHEREAS,** the Shawnee Agency tribes have agreed to a distribution of funds in the following formula: 25% equally divided, 25% in proportion to total tribal enrollment, 25% in proportion to resident tribal population within each tribe's jurisdictional area, and 25% in proportion to the amount of trust property in each tribe's jurisdiction, and

**WHEREAS,** the tribes will conform to all aspects of the CFR appropriate to the given program to be contracted by all five tribes of the Shawnee Agency, and

WHEREAS, the Sac and Fox Nation agrees to a reduction in BIA prov services, and

WHEREAS, the Principal Chief of the Sac and Fox Nation is hereby author to negotiate the contract and any amendments thereto, and

WHEREAS, the Principal Chief of the Sac and Fox Nation is hereby author to execute the contract and any amendments thereto, and

WHEREAS, the authorities granted herein shall be continuing unless and u rescinded by separate action of this body, and

WHEREAS, the Business Committee of the Sac and Fox Nation shall have rece the contract proposal prior to its submission to the Burea Indian Affairs and shall review any amendment(s) thereto prio execution: PROVIDED, no further resolution of this body shal required to verify such review, and

WHEREAS, the proposed start date of this contract shall be October 1, 1 and

WHEREAS, the proposed term of this contract shall be twelve (12) cale months.

NOW THEREFORE BE IT RESOLVED THAT the Business Committee of the Sac and Nation hereby agrees with the tribes served by the Shawnee Agency to cont for all Bureau of Indian Affairs provided operation and services in FY'89 future years.

## C E R T I F I C A T I O N

WE, Elmer Manatowa, Principal Chief, and Mary F. McCormick, Secretary of Sac and Fox Nation do hereby certify that Resolution SF-88-100 to be true exact as approved by the Business Committee of the Sac and Fox Nation special called meeting June 14, 1988, by a vote of: Elmer Yes , Mary Y Gaylon Yes , Truman Yes , and Thomas Yes

Mary F. McCormick, Secretary
Sac and Fox Nation

Elmer Manatowa, Principal C
Sac and Fox Nation