# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br> a federally recognized Indian Tribe, )<br>1601 S. Gordon Cooper Drive )<br>Shawnee, Oklahoma 74801 )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>LYNN SCARLETT, Acting Secretary of the Interior; )<br>KENNETH REINFELD, Acting Director of the )<br>   Office of Self-Governance, )<br>   Bureau of Indian Affairs )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>STEVEN K. LINSCHEID, )<br>  Chief Administrative Judge )<br>  Interior Board of Indian Appeals )<br>801 North Quincy Street, Suit 300 )<br>Arlington, Virginia  22203 )<br>      Defendants. )<br>) | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

# EXHIBIT C
# PART 3

# TO

# PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

# ATTACHMENT 4

# KICKAPOO TRIBE OF OKLAHOMA

Post Office Box 70
McLoud, Oklahoma 74851



Administration (405) 964-2075
Health Services (405) 964-2768

RESOLUTION

KICKAPOO TRIBE OF OKLAHOMA

K-88-27

A RESOLUTION OF AGREEMENT WITH THE SAC AND FOX NATION, THE ABSENTEE SHAWNEE TRIBE, THE CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA, AND THE IOWA TRIBE OF OKLAHOMA WITH INTENT TO CONTRACT THE FY89 OPERATION AND SERVICE OF THE SHAWNEE AGENCY OF THE BUREAU OF INDIAN AFFAIRS.

WHEREAS, the Kickapoo Tribe of Oklahoma is a federally recognized Tribe of American Indians under authority of the Oklahoma Indian Welfare Act of 1936; and

WHEREAS, the Kickapoo Tribe of Oklahoma is duly authorized to act on behalf of the Tribe by authority of the Tribal Constitution and By-Laws; and

WHEREAS, the Kickapoo Tribe of Oklahoma is eligible under PL 93-638 to contract for the operation of BIA provided services; and

WHEREAS, the Kickapoo Tribe of Oklahoma is qualified to perform and believes it is in the best interests of all the American Indians served by the Shawnee Agency to contract these services; and

WHEREAS, the attached list of services constitutes the scope of the contract to be awarded; and

WHEREAS, the Shawnee Agency tribes have agreed to a distribution of funds in the following formula: 25% equally divided, 25% in proportion to total tribal enrollment, 25% in proportion to resident tribal population within each tribe's jurisdictional area, and 25% in proportion to the amount of trust property in each tribe's jurisdiction; and

WHEREAS, the tribes will conform to all aspects of the CFR appropriate to the given program to be contracted by all five tribes of the Shawnee Agency; and

WHEREAS, the Kickapoo Tribe of Oklahoma agrees to a reduction in BIA provided services; NOW

THEREFORE, BE IT RESOLVED, that the Business Committee of the Kickapoo Tribe of Oklahoma hereby agrees with the tribes served by the Shawnee Agency to contract for all Bureau of Indian Affairs provided operation and services in FY 89 and future years.

## CERTIFICATION

We, the members of the Business Committee of the Kickapoo Tribe of Oklahoma do hereby certify that the above is true and exact copy of Resolution K-88-__27__, as approved on the __14__ day of __June__, 1988, with __2__ voting for, __0__ opposed, and __1__ abstaining.

_____         _____
James Wahpepah                           Gloria Kootsvateva
Chairman                                 Secretary

The following list of services constitutes the scope of the contract to be awarded:

| | |
|---|---|
| Higher Education (Scholarships) | Real Estate Serv. |
| Community Services, Gen. | Individual Indian Monies |
| Agricultural Ext. Serv. | Executive Direction |
| Tribal Courts | Administrative Services |
| Tribal Govt. Services | Facility Rental |
| Social Services | Facility Operations |
| General Assistance | Program Development |
| Ind. Child Welfare Grants | Com'l Enterprise Devel. |
| Law Enforcement | Credit & Financing |
| Housing | Direct Employ. (Shawnee) |
| 638 Grants (B08-01) | Direct Employ. (OKC) |
| 638 Grants (B08-02) | Adult Vocational Training |
| T & TA | Indian Action |
| Real Prop. Mgmt. | Road Maintenance, and |
| Agriculture | |

# ATTACHMENT 5



# Iowa Tribe of Oklahoma
P.O. Box 190
Perkins, Oklahoma 74059
(405) 547-2402

RESOLUTION I-88-48

A RESOLUTION OF AGREEMENT WITH THE SAC AND FOX NATION, THE ABSENTEE SHAWNEE TRIBE, THE KICKAPOO TRIBE OF OKLAHOMA, AND THE IOWA TRIBE OF OKLAHOMA TO CONTRACT THE FY-89 OPERATION AND SERVICE OF THE SHAWNEE AGENCY OF THE BUREAU OF INDIAN AFFAIRS.

WHEREAS; the Iowa Tribe of Oklahoma is a federally recognized Tribe of American Indians under authority of the Oklahoma Indian Welfare Act of 1936; and

WHEREAS; the Iowa Tribe of Oklahoma Business Committee is duly authorized to act on behalf of the Tribe by authority of the Tribal Constitution and ByLaws; and

WHEREAS; the Iowa Tribe is eligible under P.L. 93-638 to contract for the operation of BIA provided services; and

WHEREAS; the Iowa Tribe is qualified to perform and believes it is in the best interests of all the American Indians served by the Shawnee Agency to contract these services; and

WHEREAS; the attached list of services constitutes the scope of the contract to be awarded; and

WHEREAS; the Shawnee Agency tribes have agreed to a distribution of funds in the following formula: 25% equally divided, 25% in proportion to total tribal enrollment, 25% in proportion to resident tribal population within each tribe's jurisdictional area, and 25% in proportion to the amount of trust property in each tribe's jurisdiction; and

WHEREAS; the tribes will conform to all aspects of the CFR appropriate to the given program to be contracted by all five tribes of the Shawnee Agency; and

WHEREAS; the Iowa Tribe agrees to a reduction in BIA provided services.

NOW, THEREFORE, BE IT RESOLVED, that the Iowa Tribe hereby agrees with the tribes served by the Shawnee Agency to contract for all Bureau of Indian Affairs provided operation and services in FY-89 and future years.

## CERTIFICATION

We, Lawrence Murray, Chairman of the Iowa Tribe of Oklahoma, and Bette M. McKosato, Secretary; do hereby certify that the above Resolution I-88-48, to be a true and exact copy as approved at a duly called meeting of the Business Committee of the Iowa Tribe of Oklahoma held on June 13, 1988, by a vote of 4 yeas, 0 nays, and 1 abstention.

_____          _____
Lawrence Murray, Chairman          Bette M. McKosato, Secretary
Iowa Tribe of Oklahoma             Iowa Tribe of Oklahoma

The following list of services constitutes the scope of the contract to be awarded:

| | |
|---|---|
| Higher Education (Scholarships) | Real Estate Serv. |
| Community Services, Gen. | Individual Indian Monies |
| Agricultural Ext. Serv. | Executive Direction |
| Tribal Courts | Administrative Services |
| Tribal Govt. Services | Facility Rental |
| Social Services | Facility Operations |
| General Assistance | Program Development |
| Ind. Child Welfare Grants | Com'l Enterprise Devel. |
| Law Enforcement | Credit & Financing |
| Housing | Direct Employ. (Shawnee) |
| 638 Grants (B08-01) | Direct Employ. (OKC) |
| 638 Grants (B08-02) | Adult Vocational Training |
| T & TA | Indian Action |
| Real Prop. Mgmt. | Road Maintenance, and |
| Agriculture | |