IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZEN POTAWATOMI NATION,<br> a federally recognized Indian Tribe,<br>1601 S. Gordon Cooper Drive<br>Shawnee, Oklahoma 74801<br>          Plaintiff,<br><br>          v.<br><br>LYNN SCARLETT, Acting Secretary of the Interior;<br>KENNETH REINFELD, Acting Director of the<br>   Office of Self-Governance,<br>   Bureau of Indian Affairs<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>STEVEN K. LINSCHEID,<br>   Chief Administrative Judge<br>   Interior Board of Indian Appeals<br>801 North Quincy Street, Suit 300<br>Arlington, Virginia  22203<br>          Defendants. | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

# EXHIBIT F

# TO

# PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**2005 SELF-GOVERNANCE MINIMUM DATA COLLECTION  REQUESTED JANUARY 10, 2005**

**Tribe/Consortium:** _____  **Reporting Period:** _____

**GENERAL TRIBAL DATA INFORMATION**

**TRIBAL DEMOGRAPHICS & ENROLLMENT*(1)(2)**:

| Requested Data | Tribal Response |
|---|---|
| Total Tribal enrollment | |
| Total Tribal Resident Indian Population (TRIP) | |
| TRIP under age 16 years old (by gender) | |
| TRIP between 16 - 64 years old (by gender) | |
| TRIP over 64 years old (by gender) | |
| TRIP between 16 - 64 years old not available for work | |
| TRIP employed in PUBLIC sector | |
| TRIP employed in PRIVATE sector | |
| Total TRIP employed, but below poverty level | |
| Total # Trust/Restricted Acres | |

*(1)   List and describe sources used.
*(2)   Provide an explanation where TRIP has changed over or under 10%.

**FINANCIAL INFORMATION:**

| Requested Data | Tribal Response |
|---|---|
| Total Self-Governance direct funding received | |
| Total Contract Support Cost (CSC) request for BIA-funded programs | |
| Total CSC funded under Self-Governance for BIA-funded programs | |
| Total CSC un-funded (shortfall) | |

**FTE=s (STAFFING):**

| Requested Data | Tribal Response |
|---|---|
| Total Tribal FTE=s funded under S/G BIA-funded programs (direct funding) | |

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| **Tribal Government** | | | **Tribal Government** <br><br> No Minimum Data Required |
| **Human Services** | | | **Welfare Assistance (breakdown by General Assistance, Child Welfare & Disaster Assistance):** <br> ! Total # of cases during the report year. <br> ! Total $ for these cases |
| | | | **Indian Child Welfare Act** <br> ! # of Indian children placed in Indian homes <br> ! # of Indian children placed in non-Indian homes. <br> ! # of family reunifications <br> ! # of parental rights terminations <br> ! # of Indian children who received services from ICWA during report period <br> ! # of Indian children removed <br> ! # of cases involving siblings |
| | | | **Child Abuse & Neglect** <br> ! # of child abuse/neglect cases (include all referrals) <br> ! # of cases involving alcohol & substance abuse |
| **Education** | | | **Johnson O=Malley** <br> ! Total # of Students <br>    Define range by grade |

**\* It is assumed that definitions of terms used in** A**Minimum Data Collection**@ **are consistent with BIA definitions unless otherwise clarified by reporting Tribe.**                                                                                                                                                **Page 2**

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| | | | ! # students in remedial education/tutoring |
| | | | **Scholarships/Higher Ed.**<br>! # of graduates<br>!   # of students served + associated $ (total cost) |
| | | | **AVT/Adult Education**<br>! # of adults receiving GED or High School Diploma<br>! Total # of Adults receiving training<br>! # of job placements resulting from training |
| **Public Safety and Justice** | | | **Tribal Courts**<br>! # of active cases during report year<br>! # of appeals (include Tribal and federal appeals) |
| | | | **Law Enforcement**<br><br>! Total # of Part I Actual Offenses:<br>T   Homicide<br>T   Forcible Rape<br>T   Robbery<br>T   Aggravated Assault<br>T   Burglary<br>T   Larceny - Theft<br>T   Motor Vehicle Theft<br>T   Arson<br><br>!  Total # of Offenses (other than Part I):<br><br>T   Assaults (no weapons) |

\* It is assumed that definitions of terms used in ΑMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| | | | T   Forgery/Counterfeiting<br>T   Embezzlement<br>T   Stolen property<br>T   Vandalism<br>T   Weapons (carrying, possessing, etc.)<br>T   Prostitution & Commercialized, etc.)<br>T   Sex Offenses<br>T   Drug Abuse Violations<br>      (sell, manufacture, possess)<br>T Gambling<br>T DWI<br>T Liquor Laws<br>T Drunkenness<br>T Drug Abuse Violations (sell,<br>      manufacture, possess)<br>T Gambling<br>T DWI<br>T Liquor Laws<br>T Drunkenness |
| | | | **Law Enforcement (cont.)**<br>T Disorderly Conduct<br>T ARPA Violations<br>T All other offenses<br>T Curfews & loitering (persons under 18)<br>T Runaways (under 18)<br>T Thefts<br><br>! Other:<br>      # of Domestic Violence Incidents |
| | | | **Community Fire Protection**<br>No minimum data required (Tribal specific information only) |
| **Community** | | | **HIP** |

\* It is assumed that definitions of terms used in AMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.                                                                                                                Page 4

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| Development | | | ! # of eligible applicants served. <br> ! # of new home construction <br> ! # of repaired homes |
| | | | **Economic Development Loans (Credit and Finance)** <br> No minimum data required. (Tribal specific information only.) |
| | | | **Roads** <br> ! # of miles of Indian Roads <br> ! $ expended for new construction of roads <br> ! $ expended for maintenance/repair of roads |
| Resource Management | | | **Forestry** <br> ! Total # of Forest acres <br> ! Reforestation    TPlanted Acres    TNeed Acres <br> ! Stand Improvement    TThinned Acres    TNeed Acres <br> ! Timber Volume    TOffered    TSold <br> ! Timber Harvested    TVolume    TValue $ <br> (Note: This information is also collected on the Position and Funding Analysis Report (PFAR). Therefore, it is a tribal |

\* It is assumed that definitions of terms used in ΑMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.  
Page 5

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| | | | option to also report here. **Tribes are asked to also send a copy of the (PFAR) report to the OSG).**<br>! # of timber sales permits<br>!  $ amount of timber sales. (Tribal option to report sales) |
| | | | **Fisheries**<br>No minimum data required. (Tribal specific information only.) |
| | | | **Water Resources/Rights**<br>No minimum data required. (Tribal specific information only.) |
| | | | **Irrigation**<br>! # of acres irrigated<br>! # of individual water users<br>! operation and maintenance cost per acre |
| **Trust Services** | | | **Realty/Appraisals**<br><br>! # of Appraisals (during Report Year)<br>    TSubmitted<br>    TApproved<br>     TPending Approval |

\* It is assumed that definitions of terms used in AMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.                                                                                                                          Page 6

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| | | | ! # of Acquisitions<br>    TApproved (acres)<br>    TPending (acres)<br><br>! # of acres disposed (taken out of trust)<br><br>!   # of requests for probate<br><br>! # of leases<br>    TApproved<br>    TPending<br><br>! # of Rights of Way<br>    TApproved<br>    TPending<br><br>! # of Environmental assessments (EA), Environmental Impact Statements (EIS) Finding Of No Significant Impact (Fonsi)<br>    TApproved<br>    TPending |
| | | | **Cadastral Survey**<br><br>! # of miles surveyed and monuments sets |
| | | | **Agriculture**<br>**Minerals & Grazing:**<br><br>! # of surface leases<br>    TApproved<br>    TPending<br><br>! # of mineral leases/permits (specify transaction & specify resource)<br>    TApproved |

\* It is assumed that definitions of terms used in AMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.                                                                                                                                                   Page 7

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| | | | TPending<br><br>! # of Rights of Way<br>   TApproved<br>   TPending<br><br>! # of all other Transactions (ie, oil & gas, specify transaction & specify resource)<br>   TApproved<br>   TPending<br><br>!  # of grazing permits<br>  TApproved<br>   TPending<br><br>! # of farming acres<br>! # of grazing units<br><br>!  # and kinds of livestock |
| | | | **Other: Using the ʌApproved@ and ʌPending@ Format, report on any of the following which are relevant to your tribe:**<br><br>! Individual requests for mortgages<br>! Tribal requests for mortgages<br>! Individual and tribal requests for exchange applications;<br>! Gift and conveyance applications;<br>! Negotiated sales applications;<br>! Supervised sales applications<br>! Involuntary conveyances;<br>! Petitions for partition<br>! Applications for fee patents, certificates of competency, and removals of restrictions; |

**\* It is assumed that definitions of terms used in ʌMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.**          **Page 8**

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| | | | **Unresolved Rights Protection**<br><br>! # of cases resolved |
| | | | **Land, Titles & Records**<br>No minimum data identified at this time. |
| **General Administration** | | | **Tribal Annual Audits** |
| **Economic Development** | | | **Economic Development**<br><br>No minimum data required.  (Tribal specific) |
| **Other Tribal Initiatives:**<br><br>**Examples include**<br>Inland hunting/fishing | | | **Other Tribal Initiatives:**<br><br>Include other data elements the Tribe wishes to report regarding: |

\* It is assumed that definitions of terms used in ⒶMinimum Data CollectionⒶ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.                                                                                                                          Page 9

| Budget Category | Tribal BIA/AFA Self-Governance Expenditures | Tribal Goals | Quantitative Outcome Measures (Relate to Tribal Goals) |
|---|---|---|---|
| Cultural programs | | | ! Redesigned programs<br>! New programs<br>! Non-BIA programs within the DOI ie., OST, BLM, NPS, etc. (Include programs operated, funding amount and funding agency.) |

\* It is assumed that definitions of terms used in ΑMinimum Data Collection@ are consistent with BIA definitions unless otherwise clarified by reporting Tribe.                                                                                                              Page 10