UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZEN POTAWATOMI NATION,    )
                              )
       Plaintiff,             )
                              )
   v.                         )   Civil Action No.
                              )   06-830 (GK)
                              )
LYNN SCARLETT,                )
    Acting Secretary of the   )
    Interior, et al.,         )
                              )
       Defendants.            )
_____)

**O R D E R**

Plaintiff filed its Complaint on May 5, 2006 and effected service of process on Defendants on May 9, 2006. Pursuant to Federal Rule of Civil Procedure 12(a)(3)(A), the deadline for Defendants to file an Answer, or otherwise respond, was July 10, 2006. Because Defendants had not filed a responsive pleading as of September 7, 2006 and Plaintiff had not moved for default, the Court issued an Order on that date requiring Plaintiff to show cause why this case should not be dismissed for failure to prosecute. See Dkt. No. 9. Plaintiff responded to the Court's Order on September 15, 2006.

Upon consideration of Plaintiff's Response to the Order to Show Cause [Dkt. No. 14], the Court is satisfied that Plaintiff has made good-faith efforts to keep the above-captioned case moving forward.

Accordingly, it is hereby

**ORDERED** that the Court's September 7, 2006 Order to Show Cause is **vacated.**

September 20, 2006

                                         /s/
                                         Gladys Kessler
                                         United States District Judge

**Copies to**: **attorneys on record via ECF and**