# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0830 (GK) |
| ) | |
| LYNN SCARLETT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Defendants Lynn Scarlett, Acting Secretary of the Interior, Kenneth Reinfeld, Acting Director of the Office of Self-Governance, Bureau of Indian Affairs, and Steven Linscheid, Chief Administrative Judge, Interior Board of Indian Appeals, by undersigned counsel, respectfully request that this Court extend the time for them to respond to plaintiff's motion for default judgment by two weeks, to October 13, 2006.  In support of this motion, defendants state the following:

The complaint and summons appear to have been served in this case on May 9, 2006.  Upon service, there appears to have been internal confusion within the Department of Justice and the United States Attorney's Office regarding which litigating unit would handle the case.  On September 22, 2006 this case was assigned to undersigned counsel to resolve the confusion.  Accordingly, counsel is in the process of investigating the facts giving rise to the default judgement entered by the Clerk of the Court on September 12, 2006.  Counsel is also attempting to resolve the issue of which litigating unit within the Department of Justice will be responsible for addressing the merits of plaintiff's complaint.  Accordingly, defendants request that the Court extend the time for them to respond to the motion for default judgment from September 29, 2006

to October 13, 2006. At that time, counsel anticipates providing the Court and plaintiff with an explanation of the facts leading to the entry of a default judgment, requesting that the default be lifted, and requesting a briefing schedule to address the merits of plaintiff's claims.

Pursuant to Local Civil Rule 7(m) undersigned counsel sought plaintiff's consent for this motion and was informed that plaintiff opposes the relief requested herein.

September 22, 2006              Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 facsimile