**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LYNN SCARLETT, et al., )<br>)<br>Defendants. )<br>_____ ) | No. 06-0830 (GK) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for an Extension of Time to Oppose Plaintiff's Motion for Default Judgment, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendants' Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendants shall respond to Plaintiff's Motion for Default Judgment on or before October 13, 2006.

                                                                           _____
                                                                           Gladys Kessler
                                                                           United States District Judge

cc:   Counsel of record via ECF