**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-0830 (GK) |
| | ) |
| DIRK KEMPTHORNE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

This matter comes before the Court on defendant's motion to vacate default judgment and opposition to plaintiff's motion for default. After considering the relevant pleadings, applicable law, and the record herein, it is hereby

ORDERED that defendant's motion to vacate default judgment is GRANTED and

ORDERED that plaintiff's motion for default is DENIED.

It is further ORDERED that defendants shall file a proposed briefing schedule for briefing on the merits in this matter.

_____
Gladys Kessler
United States District Judge

cc: Counsel of Record via ECF