IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br>    Plaintiff, )<br> )<br>   v. )<br> )<br>DIRK KEMPTHORNE, Secretary of the Interior; )<br>KENNETH REINFELD, Acting Director of the )<br>   Office of Self-Governance, )<br>   Bureau of Indian Affairs )<br> )<br>STEVEN K. LINSCHEID, )<br>  Chief Administrative Judge )<br>  Interior Board of Indian Appeals )<br>      Defendants. )<br> ) | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND
<u>MOTION TO VACATE CLERK'S ENTRY OF DEFAULT</u>**

     Plaintiff, Citizen Potawatomi Nation ("CPN"), through the undersigned counsel, hereby responds to Defendants' Opposition to Plaintiff's Motion for Default Judgment and Motion to Vacate Clerk's Entry of Default.  Plaintiff will not provide any substantive response to Defendants' opposition and motion.  In the event that this Court grants Defendants' motion to vacate the entry of default, Plaintiff concurs with Defendants' proposed briefing schedule for this matter:  motions for summary judgment due 45 days after the Court vacates the default and denies plaintiff's motion for default; oppositions to motions for summary judgment would be due 30 days after motions are filed; and replies due 20 days following the filing of oppositions.

1

2

Respectfully submitted,

CITIZEN POTAWATOMI NATION


By:  ___/s/ James D. Bachman___
     James D. Bachman
     D.C. Bar No. 332650

     Ron R. Hutchinson
     D.C. Bar No. 428039

     Doyle & Bachman, LLP
     4350 N. Fairfax Drive
     Suite 420
     Arlington, Virginia  22203
     (703) 465-5440
     Fax:  (703) 465-5593

Dated:  October 13, 2006