UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZEN POTAWATOMI NATION, )
)
       Plaintiff, )
)
v. ) No. 06-0830 (GK)
)
DIRK KEMPTHORNE, et al., )
)
       Defendants. )
)

### ORDER

This matter comes before the Court on defendant's motion to vacate default judgment and opposition to plaintiff's motion for default. After considering the relevant pleadings, applicable law, and the record herein, it is hereby

ORDERED that defendant's motion to vacate default judgment is GRANTED and

ORDERED that plaintiff's motion for default is DENIED.

It is further ORDERED that ~~defendants shall file a proposed briefing schedule for briefing on the merits in this matter~~ motions for summary judgment will be due no later than Jan 1, 2007; oppositions will be due Feb. 1, 2007; and Replies will be due Feb. 15, 2007.

                                                      */s/ Gladys Kessler*
                                                      Gladys Kessler
                                                      United States District Judge

cc: Counsel of Record via ECF