## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al., )<br>)<br>Defendants. )<br>) | Case<br>Number:  1:06CV00830<br><br>Judge Gladys Kessler |

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibit A – Administrative Record, which is an attachment to Plaintiff's Motion for Summary Judgment, is in paper form only and is being maintained in the case file in the Clerk's Office.  These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

By:  ____/s/ James D. Bachman__
James D. Bachman
Attorney for Plaintiff
D.C. Bar No. 332650
Doyle & Bachman, LLP
4350 N. Fairfax Drive
Suite 420
Arlington, Virginia  22203
(703) 465-5440
Fax:  (703) 465-5593

Dated:  December 29, 2006.