IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case Number: 1:06CV00830 <br><br> Judge Gladys Kessler |

# EXHIBIT B

# IN SUPPORT OF

# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT



United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240



January 10, 2006

Memorandum

To:         Tribal Self-Governance Coordinators

From:       Acting Director, Office of Self-Governance  *Ken Reinfeld*

Subject:    Request for Information on 2005 Tribal Self-Governance Activity

The purpose of this memorandum is to ask self-governance tribes to provide the Office of Self-Governance (OSG) with information on their 2005 tribal self-governance activities by May 15, 2006.

This information is needed for the Secretary to meet the requirements of Section 405 of Pub. L. 93-638, as amended, as they relate to the submission of the 2004 annual report to Congress on the relative costs and benefits of self-governance, as well as implementing regulations contained in 25 CFR § § 1000.380 to 382.

As background, the Tribal Self-Governance Data Collection and Planning Work Group developed a form to facilitate the collection and submission of data by self-governance tribes. This form was modified with the recommendation of the DOI Tribal Self-Governance Advisory Committee.

Please be advised that Reatha Tom of the Self-Governance Communication & Education Tribal Consortium (SGCETC) will be sending a copy of the 2005 minimum data collection form to you via e-mail for your use. In addition, the form has been posted on and can be down loaded for your use from the SGCETC website at http://www.tribalselfgov.org. Reatha can be reached at (360) 752-2270 if you need to contact her. In addition, do not hesitate to contact me by telephone at (202) 208-5734 or fax at (202) 219-1404 if you have any questions about this request.

The continued growth and support of the tribal self-governance program is dependent upon the ability of participating tribes and federal agencies to provide to the President, Congress, Tribal Leaders, and other interested parties objective information on how federal funds are being used under self-governance and the progress being made by tribes under the program. I appreciate past efforts to provide the OSG with self-governance program performance data and thank you for your consideration of this important request.