IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case <br> Number: 1:06CV00830 <br><br> Judge Gladys Kessler |

**PROPOSED ORDER**

Plaintiff's Motion for Summary Judgment against the above-named defendants is **Granted.**

**It Is Further Ordered** that:

(1) the decision dated January 25, 2006 issued by the Interior Board of Indian Appeals in <u>Citizen Potawatomi Nation v. Director, Office of Self-Governance</u>, 42 IBIA 160 (the <u>CPN</u> Decision) is vacated and overturned;

(2) the Department of the Interior is hereby enjoined from implementing the <u>CPN</u> Decision as final agency action;

(3) this matter is remanded back to the Interior Board of Indian Appeals ("IBIA") for further proceedings in accordance with the following instructions:

(i) further develop the administrative record to determine the meaning of the Funding Formula agreement stating that (a) the four factors

      specified in the Funding Formula agreement are to be used "to contract for all Bureau of Indian Affairs provided operation and services in FY89 and future years", and (b) each tribe "will conform to all aspects of the CFR appropriate to the given program to be contracted by all five tribes of the Shawnee agency";

(ii)    if, after further development of the administrative record, the IBIA determines that the Funding Formula agreement is not ambiguous, the IBIA should interpret that agreement, without reliance upon extrinsic evidence, based only on the plain language of the tribal resolutions that comprise the agreement;

(iii)    if, after further development of the administrative record, the IBIA determines that the agreement is still viewed as ambiguous, the administrative record should further be developed to determine (a) the intent of the parties to the Funding Formula agreement; and (b) Plaintiff's knowledge of and actions prior to 1998 with respect to the Department's application of the factors specified in the Funding Formula;

(iv)    the administrative record must be supplemented by current data for Fiscal Year 2004 on the actual tribal enrollment, resident tribal population, and trust acreage that exists in that year for the five Shawnee Agency tribes in order to establish a basis for the IBIA to determine whether the Department complied with its governing

        regulation at 25 C.F.R. § 1000.98(a)(1) regarding formula-driven distribution formulas;

(v)    Plaintiff is not collaterally estopped from litigating the issue at the IBIA of its entitlement to at least $65,521 in Fiscal Year 2004 funds under Factor 3 of the Funding Formula;

(vi)    the administrative record must be further developed to determine the effect of the holding in <u>Citizen Band Potawatomi Indian Tribe of Oklahoma v. Collier</u>, 142 F.3d 1325 (10th Cir.1998) (the "<u>Collier</u> Decision") (holding that CPN has the exclusive use and occupancy of its former reservation) on the "territorial jurisdiction" element of Factor 3 of the Funding Formula agreement;

(vii)    if, after the administrative record is further developed, the IBIA determines that CPN's "territorial jurisdiction" for purposes of allocating funding under Factor 3 is defined by its former reservation boundaries as a result of the <u>Collier</u> Decision, the administrative record should be further supplemented to include current data establishing the number of total resident tribal population (both members of CPN and members of other tribes) in CPN's territorial jurisdiction as defined by its former reservation boundaries.

        _____
        Gladys Kessler
        United States District Judge

Distribution to:

    Jeffrey A. Taylor, U.S. Attorney
    Rudolph Contreras, Assistant U.S. Attorney
    John F. Henault, Assistant U.S. Attorney
    U.S. Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530

    James D. Bachman
    Doyle & Bachman, LLP
    4350 N. Fairfax Drive, Suite 420
    Arlington, Virginia  22203