**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-0830 (GK) |
| | ) |
| DIRK KEMPTHORNE, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment. After considering the applicable pleadings, applicable law, and the record herein, it is, this _____ day of _____, 2006,

ORDERED that Plaintiff's Motion for Summary Judgment is hereby DENIED. It is further ORDERED that Defendants' Motion for Summary Judgment is granted. Summary judgment is hereby entered in favor of Defendants. This is a final, appealable Order.

_____
Gladys Kessler
United States District Judge

cc:    Counsel of record via ECF