UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0830 (GK) |
| ) | |
| DIRK KEMPTHORNE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' NOTICE OF FILING OF BULKY EXHIBIT 1**

Defendants Dirk Kempthorne, Kenneth Reinfeld, and Steven K. Linscheid respectfully give notice of the filing of Exhibit 1, which is the administrative record relating to the decision by the Interior Board of Immigration Appeals which held that (1) the Department of Interior properly used the 1988 data when applying the specific factors of the Funding Formula; (2) Plaintiff was collaterally estopped from litigating the merits of the Department's alleged improper application of Factor 3 (resident tribal population within each tribe's jurisdictional area); and (3) even if Plaintiff was not collaterally estopped from litigating the application of Factor 3, the Department properly applied that factor.

Due to its length, the administrative record is being submitted to the Clerk's Office in paper form only and will be available for public viewing in the Clerk's Office between 9:00 a.m. and 4:00 p.m., Monday through Friday. The administrative record begins at Bates Number 00003. Bates Numbers 00001 and 00002 comprised an email which stated that the Administrative Record was being transferred to the U.S. Attorney's Office in the District of Columbia. This email is not part of the administrative record and so it is not included in this

filing. Also, the pages with Bates Numbers 00411 to 00428 are duplicates of the pages with Bates Numbers 00393 to 00410.

 A copy of the administrative record is being served on counsel for plaintiffs on this date and a courtesy copy will also be provided to chambers.

January 3, 2007           Respectfully submitted,

             /s/
           JEFFREY A. TAYLOR, D.C. Bar # 498610
           United States Attorney

             /s/
           RUDOLPH CONTRERAS, DC BAR #434122
           Assistant United States Attorney

           /s/
           JOHN F. HENAULT, D.C. Bar # 472590
           Assistant United States Attorney
           555 4th Street, N.W.
           Washington, DC 20530
           (202) 307-1249
           (202) 514-8780 (facsimile)