UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION,         )<br>                                                                  )<br>            Plaintiff,                                  )<br>                                                                  )<br>    v.                                                         )    No. 06-0830 (GK)<br>                                                                  )<br>                                                                  )<br>DIRK KEMPTHORNE, et al.,                  )<br>                                                                  )<br>            Defendants.                           )<br>_____) | |

## SUBSTITUTION OF COUNSEL

THE CLERK OF THE COURT will please enter the appearance of Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendants, in the above-captioned case and withdraw the appearance of John F. Henault, Assistant U.S. Attorney.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
555 4th Street, NW, Room E4810
Washington, DC 20530
(202) 514-6531